UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
LYXON CHERY,

                              Petitioner,                17 **CIVIL** 157 (PKC) (DF)

      -against-                                    **JUDGMENT**

ROBERT F. CUNNINGHAM,

                              Respondent.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Opinion and Order dated December 21, 2020, the ultimate conclusion of the R&R is adopted, and the petition pursuant to 28U.S.C. § 2254, is DENIED; judgment is entered for the respondent, and the case is closed. Chery has not made a substantial showing of the denial of a constitutional right and, accordingly, a certificate of appealability will not issue. 28 U.S.C. § 2253; see Blackman v. Ercole, 661 F.3d 161, 163-64 (2d Cir. 2011). The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith and in forma pauperis status is denied.

**DATED:**  New York, New York
              December 21, 2020

                                                    **RUBY J. KRAJICK**
                                                    _____
                                                        Clerk of Court
                                        BY:
                                                        Deputy Clerk